FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

NOV 19 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           Plaintiff, )<br>      vs.          )<br> Vician, Paul Raoul )<br>           Defendant. ) | Case No.: CR08-925-GAF<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.   (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___backgd info unverified; foreign travel experience; bail resources unknown; admitted recent marijuana usage; DMV fta history; history of non compliance w/supervision conditions___

```
 1  _____
 2  _____
 3       and/or
 4  B.   [X] The defendant has not met his/her burden of establishing by clear and
 5       convincing evidence that he/she is not likely to pose a danger to the safety of any
 6       other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
 7       finding is based on   arrest for a new offense (DUI)
 8       ____while under supervision_____
 9  _____
10  _____
11  _____
12
13       IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED:  11/19/10
17                                    ROBERT N. BLOCK
                                      UNITED STATES MAGISTRATE JUDGE
```

Page 2 of 2